**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| In re:<br>    Everett E Scott<br>    Alicia Scott<br>            Debtor(s) | Case No. 11 B 31806 |

**CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT**

Marilyn O. Marshall, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 08/02/2011.

2) The plan was confirmed on 10/06/2011.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on 03/14/2013.

4) The trustee filed action to remedy default by the debtor in performance under the plan on NA .

5) The case was Completed on 02/20/2015.

6) Number of months from filing to last payment: 43.

7) Number of months case was pending: 44.

8) Total value of assets abandoned by court order: NA .

9) Total value of assets exempted: NA .

10) Amount of unsecured claims discharged without payment: $95,840.91.

11) All checks distributed by the trustee relating to this case have cleared the bank .

**UST Form 101-13-FR-S (9/1/2009)**

**Receipts:**

| | |
|---|---:|
| Total paid by or on behalf of the debtor | $15,340.00 |
| Less amount refunded to debtor | $462.91 |

**NET RECEIPTS:** $14,877.09

**Expenses of Administration:**

| | |
|---|---:|
| Attorney's Fees Paid Through the Plan | $3,508.00 |
| Court Costs | $0.00 |
| Trustee Expenses & Compensation | $640.01 |
| Other | $0.00 |

**TOTAL EXPENSES OF ADMINISTRATION:** $4,148.01

Attorney fees paid and disclosed by debtor:     $0.00

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| Aaron's Inc | Unsecured | 50.00 | NA | NA | 0.00 | 0.00 |
| Aaron's Inc | Unsecured | 596.00 | NA | NA | 0.00 | 0.00 |
| Accounts Receivable Management | Unsecured | 800.00 | NA | NA | 0.00 | 0.00 |
| AFNI | Unsecured | NA | 428.75 | 428.75 | 42.88 | 0.00 |
| America's Financial Choice Inc | Unsecured | 799.00 | NA | NA | 0.00 | 0.00 |
| Bureau Of Collection Recovery | Unsecured | 1,368.00 | NA | NA | 0.00 | 0.00 |
| Caine & Weiner | Unsecured | 198.00 | NA | NA | 0.00 | 0.00 |
| Cardiovascular Consultants | Unsecured | 18.00 | NA | NA | 0.00 | 0.00 |
| City Of Chicago Dept Of Revenue | Unsecured | 786.00 | 1,224.40 | 1,224.40 | 122.44 | 0.00 |
| CNAC | Secured | 4,100.00 | 4,446.00 | 4,100.00 | 4,100.00 | 261.92 |
| CNAC | Unsecured | 0.00 | 346.00 | 346.00 | 34.60 | 0.00 |
| Commonwealth Edison | Unsecured | 1,392.08 | 1,545.37 | 1,545.37 | 154.54 | 0.00 |
| Credit Management Co. | Unsecured | 765.00 | NA | NA | 0.00 | 0.00 |
| Credit Management Co. | Unsecured | 406.00 | NA | NA | 0.00 | 0.00 |
| Credit Management Co. | Unsecured | 452.00 | NA | NA | 0.00 | 0.00 |
| Credit Management Co. | Unsecured | 1,564.00 | NA | NA | 0.00 | 0.00 |
| DAG Financial Trust | Unsecured | 9,631.16 | NA | NA | 0.00 | 0.00 |
| Dependon Collection Service | Unsecured | 51.00 | NA | NA | 0.00 | 0.00 |
| Devon Financial Services Inc | Unsecured | 410.48 | 459.79 | 459.79 | 45.98 | 0.00 |
| Enhanced Recovery | Unsecured | 145.00 | NA | NA | 0.00 | 0.00 |
| Enhanced Recovery | Unsecured | 481.00 | NA | NA | 0.00 | 0.00 |
| Evergreen Emergency Services | Unsecured | 1,077.27 | 482.00 | 482.00 | 48.20 | 0.00 |
| First American Cash Advance | Unsecured | NA | 697.03 | 697.03 | 69.70 | 0.00 |
| Harris & Harris | Unsecured | 1,098.00 | NA | NA | 0.00 | 0.00 |
| Illinois Dept Of Employment Security | Unsecured | 4,264.00 | 4,264.00 | 4,264.00 | 426.40 | 0.00 |
| Illinois Dept of Revenue 0414 | Unsecured | NA | 1,408.00 | 1,408.00 | 140.80 | 0.00 |
| Illinois Tollway | Unsecured | 3,970.30 | 3,970.30 | 3,970.30 | 397.03 | 0.00 |
| ISAC | Unsecured | 6,722.00 | NA | NA | 0.00 | 0.00 |
| ISAC | Unsecured | 4,134.00 | NA | NA | 0.00 | 0.00 |
| Jefferson Capital Systems LLC | Unsecured | NA | 394.82 | 394.82 | 39.48 | 0.00 |
| Knight & Assoc | Unsecured | 216.77 | NA | NA | 0.00 | 0.00 |

**UST Form 101-13-FR-S (9/1/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| Midland Funding LLC | Unsecured | NA | 223.79 | 223.79 | 22.38 | 0.00 |
| National Recovery Agency | Unsecured | 52.00 | NA | NA | 0.00 | 0.00 |
| Nicor Gas | Unsecured | 1,437.53 | 1,354.75 | 1,354.75 | 135.47 | 0.00 |
| NJ Higher Education Assistance | Unsecured | 10,235.92 | 10,367.45 | 10,367.45 | 1,036.74 | 0.00 |
| Northland Group Inc | Unsecured | 268.26 | NA | NA | 0.00 | 0.00 |
| Palisades Collection LLC | Unsecured | 3,758.00 | 5,403.77 | 5,403.77 | 540.38 | 0.00 |
| Palisades Collection LLC | Unsecured | NA | 572.89 | 572.89 | 57.29 | 0.00 |
| Palisades Collection LLC | Unsecured | NA | 2,490.20 | 2,490.20 | 249.02 | 0.00 |
| Palomar Associates | Unsecured | 3,179.00 | NA | NA | 0.00 | 0.00 |
| PCC Community Wellness Center | Unsecured | 255.00 | NA | NA | 0.00 | 0.00 |
| Quantum3 Group | Unsecured | 1,300.91 | 1,300.91 | 1,300.91 | 130.09 | 0.00 |
| Resurgent Capital Services | Unsecured | NA | 1,184.39 | 1,184.39 | 118.44 | 0.00 |
| Resurgent Capital Services | Unsecured | NA | 1,921.37 | 1,921.37 | 192.14 | 0.00 |
| RJM Acquisitions LLC | Unsecured | 154.00 | NA | NA | 0.00 | 0.00 |
| Santander Consumer USA | Unsecured | 9,998.00 | 12,234.31 | 12,234.31 | 1,223.43 | 0.00 |
| Santander Consumer USA | Unsecured | 7,766.00 | 8,823.64 | 8,823.64 | 882.36 | 0.00 |
| Senex Services Corp | Unsecured | 381.00 | NA | NA | 0.00 | 0.00 |
| SIR Finance Corporation | Unsecured | 3,029.27 | 2,573.65 | 2,573.65 | 257.37 | 0.00 |
| State of Illinois | Unsecured | 1,700.00 | NA | NA | 0.00 | 0.00 |
| Stellar Mgmt Company | Unsecured | 646.00 | NA | NA | 0.00 | 0.00 |
| Sterling & King | Unsecured | 572.00 | NA | NA | 0.00 | 0.00 |
| University Of Chicago Medical Center | Unsecured | 115.00 | NA | NA | 0.00 | 0.00 |
| Vision Financial | Unsecured | 777.30 | NA | NA | 0.00 | 0.00 |
| West Asset Management | Unsecured | 942.00 | NA | NA | 0.00 | 0.00 |

**Summary of Disbursements to Creditors:**

| | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $0.00 | $0.00 | $0.00 |
| Mortgage Arrearage | $0.00 | $0.00 | $0.00 |
| Debt Secured by Vehicle | $0.00 | $0.00 | $0.00 |
| All Other Secured | $4,100.00 | $4,100.00 | $261.92 |
| **TOTAL SECURED:** | **$4,100.00** | **$4,100.00** | **$261.92** |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $0.00 | $0.00 | $0.00 |
| **TOTAL PRIORITY:** | **$0.00** | **$0.00** | **$0.00** |
| **GENERAL UNSECURED PAYMENTS:** | **$63,671.58** | **$6,367.16** | **$0.00** |

**UST Form 101-13-FR-S (9/1/2009)**

| Disbursements: | |
|---|---:|
| Expenses of Administration | $4,148.01 |
| Disbursements to Creditors | $10,729.08 |
| **TOTAL DISBURSEMENTS** : | **$14,877.09** |

12)   The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Dated: 04/06/2015                              By: /s/ Marilyn O. Marshall
                                                              Trustee

**STATEMENT**:  This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.